UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                            Plaintiff,

            -against-                                    26-CV-0365 (LTS)

THEE UNITED STATES, AS FBI, CIA; FBI;        ORDER OF DISMISSAL
CIA; JOHN DOE; MARSHALLS; DOCES
DEPARTMENT,

                            Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated January 20, 2026, the Court directed Plaintiff, within thirty days, to

submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner

authorization or pay the fees required to file a civil action in this court. That order specified that

failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP

application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed

without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    March 6, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge