UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                    Plaintiff,

        -against-                                    26-cv-0365 (LTS)

THEE UNITED STATES, AS FBI, CIA; FBI;               CIVIL JUDGMENT
CIA; JOHN DOE; MARSHALLS; DOCES
DEPARTMEN.,

                    Defendants.

        For the reasons stated in the March 06, 2026, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    March 9, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge